1018

## ST. LOUIS SOUTHWESTERN RAILWAY CO., Appellant, v. MILLER LEVEE DISTRICT NO. 2 et al.

Circuit Court of Appeals, Eighth Circuit.
June 7, 1928.

No. 8188.

T. J. Gaughan, J. T. Sifford, E. E. Godwin, and J. E. Gaughan, all of Camden, Ark., and J. R. Turney, of St. Louis, Mo., for appellant.

Henry Moore, Jr., of Texarkana, Ark., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

## Ben I. SALINGER, Jr., Plaintiff in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
June 6, 1928.

No. 7844.

See, also, 23 F.(2d) 48.

Benjamin I. Salinger, Sr., of Carroll, Iowa, for plaintiff in error.

Olaf Eidem, U. S. Atty., of Sioux Falls, S. D., Byron S. Payne, Asst. U. S. Atty., of Pierre, S. D., and Frank G. McCormick, Asst. U. S. Atty., of Sioux Falls, S. D., for the United States.

PER CURIAM. Writ of error dismissed, for want of prosecution, without costs to either party in this court.

## Eugene SCHULER, Appellant, v. G. O. MARTIN, Receiver, etc., et al., Appellees.

Circuit Court of Appeals, Eighth Circuit.
June 18, 1928.

No. 8234.

Claude Krause, of Minneapolis, Minn., for appellant.

A. K. Gardner and Irwin A. Churchill, both of Churchill, S. D., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

## SECURITY INSURANCE CO. OF NEW HAVEN, Appellant, v. KAUFFMAN JEWELRY CO., Appellee.

Circuit Court of Appeals, Eighth Circuit.
September 17, 1928.

No. 8230.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for appellant.

Harry A. Hageman, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

## SECURITY INSURANCE CO. OF NEW HAVEN, Plaintiff in Error, v. KAUFFMAN JEWELRY CO., Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
September 17, 1928.

No. 8231.

Pierce Butler, Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for plaintiff in error.

Harry A. Hageman, of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

## William C. SHANLEY, Jr., Mary Regis Shanley and Bernard M. Shanley, 2d, as Executors of the Estate of William C. Shanley, Appellants, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.

Circuit Court of Appeals, Second Circuit.
October 15, 1928.

No. 4.

Douglas, Armitage & McCann, of New York City (Paul Armitage, Edward Hollo-